**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Carrie M. Perry-Griffith | COURT CASE NUMBER: 04-11793-PBS |
| DEFENDANT: Laura Marshall - Junior Clerk | TYPE OF PROCESS: S+C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laura Marshall - Sithe Mystic, LLC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
173 Alford Street, Charlestown, MA 02129

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carrie M. Perry-Griffith
130 Hodges Street
Taunton, MA 02780

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

[Stamp: 2004 OCT 13 PM 12:16 U.S. MARSHALS SERVICE BOSTON MA / RECEIVED]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Currently: Managed by North American Energy Services
Boston Generating LLC
Mystic Station
173 Alford Street
Charlestown, MA 02129

Second floor inside the station
Telephone number: (617) 381-2394
7:00A - 3:00P

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 10/13/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Laura Marshall / Clerk

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-14-04     Time: 11:30 am
Signature of U.S. Marshal or Deputy: Jerry W. C___

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 1.46 | | 46.46 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Carrie M. Perry-Griffith

V.

Sithe Mystic, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11793-PBS

TO: (Name and address of Defendant)

LAURA MARSHALL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  SEP 01 2004