**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED IN CLERK'S OFFICE 2004 OCT 25 AM 11:44 U.S. DISTRICT COURT DISTRICT OF MASS.

| | |
|---|---|
| PLAINTIFF: Carrie M. Perry-Griffith | COURT CASE NUMBER: 04-11793-PBS |
| DEFENDANT: Timothy Bedard - Thrombler | TYPE OF PROCESS: S+C |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Timothy Bedard

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Braintree power + light

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carrie M. Perry-Griffith
130 Hodges Street
Taunton, MA 02780

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED SERVICE U.S. MARSHAL BOSTON, MA OCT 13 P

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

150 Potter Road
Braintree, MA 02184
Telephone # 781-848-1130 X1155

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER  DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Jalanca | 10/13/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/19/04   Time: 8:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 8.76 | | 98.76 | | | |

REMARKS:
① 10/15/04 - 4pm - Not at above address (M)
② 10/19/04 - 8am - Served

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

Carrie M. Perry-Griffith

V.

Sithe Mystic, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11793-PBS

TO: (Name and address of Defendant)

TIMOTHY BEDARD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

SEP 0 1 2004

DATE

(By) DEPUTY CLERK