Mr. Tony Anastas
Clerk of Courts

October 29, 2004

CASE NUMBER: 04-11793-PBS
Carrie Perry-Griffith
VS
SITHE MYSTIC, LLC

Mr. Tony Anastas,

I Laura Marshall deny all allegations in the case referenced above.  All allegations are false and unfounded. I ask that the court dismiss this case.  If you have any questions please feel free to contact me at the following, my home phone number is 781-233-9311 and work is 617-381-2394.

Thank you,
Laura Marshall