FILED
IN CLERKS OFFICE

2004 NOV -1  P 3:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 30, 2004

Office of the United States Marshal
United States Courthouse
Civil Section-Room 1500
1 Courthouse Way
Boston, Massachusetts 02210

RE: **Case Name: Perry-Griffith v. Sithe Mystic, LLC;
Civil Action Number: 04-11793-PBS**

Dear U. S. Marshal/Office of the Clerk:

I would like to know the name and number of the court appointed lawyer who will be handling my case. This request is necessary in an event that information sent to me might not reach me before the court appearing date. It is my hope that I will have an opportunity to meet and consult with my lawyer prior to the scheduled court date.

Please inform me of the procedure for a witness who is requesting the opportunity to testify in my behalf. Is a subpoena necessary since the witness volunteered to testify? My reason for this inquiry is because I am not familiar with the courts process and procedures and would like to be prepared as much as possible.

You may contact me at 508-822-2250 home or 617-381-2312 job.

Thank you for your assistance.

Sincerely,

*Carrie M. Perry-Griffith*
Carrie M. Perry-Griffith