UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Carrie M. Perry-Griffith, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sithe Mystic, LLC, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-11793-PBS |

**ASSENTED TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

The parties to this action respectfully request that the Court enlarge the time in which Defendant must file a responsive pleading in this matter up through November 17, 2004. As grounds for this Motion, Defendant states that it was not properly served with the Complaint, and individually named defendants have not all been properly served with the Complaint. Accordingly, Defendants require additional time to prepare their responsive pleadings to this Complaint. Counsel for Defendant Sithe Mystic LLC has communicated with Plaintiff on this matter, and Plaintiff has assented to the two-week extension of time.

/s/ Carrie M. Perry-Griffith
CARRIE M. PERRY-GRIFFITH

SITHE MYSTIC, LLC,

By its attorneys,

**HOLLAND & KNIGHT LLP**

Liam T. O'Connell (BBO No. 558249)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date: November 3, 2004

# 2369824_v1

Certificate of Service

I, Liam T. O'Connell, Attorney for the defendant, Sithe Mystic LLC, in the above-entitled action, hereby certify that I served the Assented to Motion to Enlarge Time to File a Responsive Pleading upon pro se Plaintiff Carrie M. Perry-Griffith by first class mail, on this the 3rd day of November, 2004.

_____
Liam T. O'Connell

# 2370829_v1