November 5, 2004

Clerk's Office
Judge Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Carrie Perry-Griffith v. Sithe Mystic, LLC
          Case Number: 1:04-cv-11793-PBS

Attn:  Ms. Susan Jenness, Pro Se Intake Clerk

Dear Ms. Jenness:

On November 3, 2004 I spoke with Mr. Robert Alba, Deputy Courtroom Clerk to inquire about information on witness procedures. He informed me that I needed to contact you for that information. I left a message on your voice mail 11-4-04. The call was made in reference to instructions and information on the procedures to bring a volunteer witness for my case to the courts.

Also I was under the assumption that the lawyer to represent me would be appointed by the courts. Due to the process, procedures and the fact that this is a Civil Right case it is highly unlikely that I am prepared to properly represent myself. I am going to need a lawyer to represent me.

Please bring this request to Judge Patti B. Saris' attention. Due to the urgency of the matter I kindly ask that I receive the name and number of the appointed attorney as soon as possible.

You may contact me at (617)381-2312 9:00 a.m. - 3:00 p.m.
after 5:30 p.m. (508)822-2250.

Thank you in advance for your assistance.

Sincerely,

*Carrie M. Perry-Griffith*
Carrie M. Perry-Griffith

(2)