UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARRIE M. PERRY-GRIFFITH,        )<br>                                                         )<br>    *Plaintiff*,                              )<br>                                                         )<br>v.                                                    )<br>                                                         )<br>SITHE MYSTIC, LLC, KAREN GREIG  )<br>JUDY DUCAS, TIMOTHY BEDARD and )<br>LAURA MARSHALL                         )<br>                                                         )<br>    *Defendant*.                           )<br>                                                         ) | Civil Action No. 04-11793-PBS |

## NOTICE OF APPEARANCE

Please enter the appearances of David S. Rubin and Jeffrey M. Rosin of Epstein Becker & Green, P.C., for defendants Mystic I, LLC, f/k/a Sithe Mystic, LLC, Judy Ducas, Timothy Bedard, and Laura Marshall.

Respectfully submitted,

/s/ David S. Rubin
David S. Rubin, BBO # 546213
Jeffrey M. Rosin, BBO # 629216
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: November 17, 2004

BO:137006v1

- 2 -

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that, on this 17th day of November, 2004, a true copy of this Notice was served by First Class Mail upon *pro se* plaintiff:

    Carrie M. Perry-Griffith
    130 Hodges Street
    Taunton, MA 02780
    (508) 822-2250

    /s/ Jeffrey M. Rosin
    Jeffrey M. Rosin