UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARRIE M. PERRY-GRIFFITH,<br><br>*Plaintiff*,<br><br>v.<br><br>SITHE MYSTIC, LLC, et al.<br><br>*Defendants*. | Civil Action No. 04-11793-PBS |

## CORPORATE DISCLOSURE STATEMENT OF SITHE MYSTIC, LLC

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Mystic I, LLC, f/k/a Sithe Mystic, LLC ("Mystic") submits the following corporate disclosure statement:

The parent corporation of Mystic is Boston Generating, LLC, which itself is a privately-held entity. If necessary, Mystic will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

Respectfully submitted,

Mystic I, LLC

By its attorneys,

/s/ David S. Rubin
David S. Rubin (BBO #546213)
Jeffrey M. Rosin (BBO # 629216)
EPSTEIN, BECKER & GREEN
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

Date: November 17, 2004

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Rosin, hereby certify that, on this 17th day of November, 2004, a true copy of this Disclosure Statement was served by First Class Mail upon *pro se* plaintiff:

    Carrie M. Perry-Griffith
    130 Hodges Street
    Taunton, MA 02780
    (508) 822-2250

                      /s/ Jeffrey M. Rosin
                      Jeffrey M. Rosin