HAND DELIVERED
Clerk's Office
Judge Patti B. Saris
United States District Court
District of Massachusetts
Civil Section-Room 1500
1 Courthouse Way
Boston, MA  02210


CARRIE M. PERRY-GRIFFITH             Civil Action No. 04-11793-PBS

      Plaintiff,

        v

      Defendants:

SITHE MYSTIC, LLC
Karen Greig
June Ducas
Timothy Bedard
Laura Marshall


                          **Plaintiff's Response to the Defendants**
                          **Dismissal Motion Receive 11-24-04:**


                          **Epstein, Becker & Green**
                          David S. Rubin
                          Jeffrey M. Rosin
                          111 Huntington Avenue
                          Boston, Massachusetts 02199


December 8, 2004

Cc:  Epstein, Becker & Green
      Jeffrey M. Rosin

Pledged **Not** to Dismiss This Case

I Carrie M. Perry-Griffith, Plaintiff Pledge that this case not be dismissed due to the fact
that the proper procedures were followed through with MCAD and EEOC in a timely
manner, and I also request that the Courts be allowed the opportunity to make the
decision as to the outcome of this partition.

<u>The Defendant Mr. Jeffrey Rosin and Plaintiff Carrie Perry-Griffith Telephone calls</u>

A message was left on my voice mail on 11/15/04 "Carrie my name is Jeffrey Rosin from Epstein, Becker & Green, the case that you filed in Federal Court has been transferred to me to take a look at.  Please give me a call at 617-342-4076.  Thank you.

I returned Mr. Jeffrey Rosin call and there was no answer.  I left a message and telephone number where I could be reached during the day and my home number.  I also sent Mr. Jeffrey Rosin e-mail. I never got a response.  Until November 23, 2004 I received the call from Mr. Jeffrey Rosin, and at this time he identified himself as the "Attorney for Sithe Mystic and representative for the individual Defendants in this Case".  He further stated, "About now you should have received a copy of that Motion I filed to the Federal Courts to dismiss your case". If you have any questions please call.
That report was received 11/24/04 p.m.

<u>Medway Job Coverage Clarification</u>

My employment at Sithe Medway, LLC was for four years, and I returned to Mystic station. Whenever coverage was necessary at Medway, Mr. Timothy Bedard, General Manager, Mrs. June Ducas, Assistant Administrator, and Ms. Karen Greig, Human Resources Director would asked me to cover for the Medway clerk in her absence. On occasions I have covered for a period of one. I have never at any time volunteered to cover the Medway position.

<u>Discrimination Claim (Point of Correction)</u>

John Cloutier – Union Steward (Union Representative)
            Steam Engineer
            Sithe Mystic LLC
            173 Alford Street
            Charlestown, MA  02129

At no time have I ever filed a Claim of Discrimination against Mr. John Cloutier, Union Steward, who on many occasion intervene and tried to reason with employer to prevent the continuation of harassment and discrimination acted out against me, who has since deceased.

<u>Description of Plaintiff's Place of Employment since 1976 to Present At Mystic Station</u>

Boston Edison, My first employer in 1976 who at that time owned Mystic Station, South
Boston Station and Medway Jets prior to deregulation in 1998. Boston Edison sold the
stations to Sithe New England, operating out of Chicago who was the management of
Sithe Mystic LLC, South Boston LLC, and Medway LLC; Sithe New England /Sithe
Mystic LLC sold to Exelon New England Power Services, Inc./ Exelon New England
Power Marketing a management of Exelon Mystic LLC. Exelon New England
Power/Exelon Mystic LLC. Upon Boston Generating default under the credit agreement,
all of its ownership was transferred to EBG Holdings who is structured as a passive
financial owner of Boston Generating. Mystic Station is now operating under the name
of Boston Generating / Mystic I, LLC, Mystic Development, LLC (8&9), managed by
North American Energy Services an out of state Management. Mystic is the location
these parties/affiliates utilized for the output of the generating facilities. The present
owners of these facilities are looking for a purchaser. My employment was in
conjunction with all of those partners who previously managed and operated Mystic
Station and the new management at Mystic Station presently employs me.
(Contact owner for more detailed information).

EEOC Form 161 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Carrie Perry-Griffith<br>P.O. Box 365618<br>Hyde Park, MA 02136 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2001-01111 | Anne R. Giantonio,<br>Intake Supervisor | (617) 565-3189 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred _more than 2 years (3 years)_ before you file suit may not be collectible.**

On behalf of the Commission

MAY 1 0 2004

Enclosure(s)

Robert L. Sanders,
Director

(Date Mailed)

cc: SITHE MYSTIC LLC
173 Alford Street
Charlestown, MA 02129

BG NEW ENGLAND POWER SERVICES INC
THE SCHRAFFT CENTER
529 MAIN ST, SUITE 605
CHARLESTOWN, MA 02129

| Period Ending: | 10/16/2004 |
| Pay Date: | 10/21/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$20 Additional Tax
  MA: 0

00000000026
**C M PERRY-GRIFFITH**
**130 HODGES ST**
**TAUNTON, MA 02780**

CO  FILE  DEPT.  CLOCK  NUMBER
BYP  742676  817099  025 C  0000020373  1

# Earnings Statement



EXELON NEW ENGLAND POWER SERVICES
335 MADISON AVENUE - 28TH FLOOR
NEW YORK, NY 10017

Period Ending:      01/18/2003
Pay  Date:          01/22/2003

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0
    State:    0

**C M PERRY-GRIFFITH**
**P.O. BOX 365618**
**HYDE PARK, MA 02136**

<u>Company's Operational Description</u>

Boston Edison owned Mystic Station, South Boston Station and Medway Jets prior to deregulation.  Boston Edison sold the stations to Sithe New England, operating out of Chicago who was the management of Sithe Mystic LLC, South Boston LLC, Medway LLC.  Sithe New England /Sithe Mystic LLC sold to Exelon New England Power Services, Inc./ Exelon New England Power Marketing a management of Exelon Mystic LLC.  Exelon New England Power/Exelon Mystic LLC.  Upon Boston Generating default under the credit agreement, all of its ownership was transferred to EBG Holdings who is structured as a passive financial owner of Boston Generating. Mystic Station is now operating under the name of Boston Generating / Mystic I, LLC; Mystic Development, LLC (8&9), managed by North American Energy Services an out of state operation.  Mystic is the location these parties or affiliates utilized for the output of the generating facilities.   The Bankers who now own the facilities are looking for a purchaser.  My employment was connected with all of these partners.  (Contact owner for more detail information).