UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARRIE M. PERRY-GRIFFITH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 04-11793-PBS |
| v. ) | |
| ) | |
| SITHE MYSTIC, LLC, KAREN GREIG ) | |
| JUDY DUCAS, TIMOTHY BEDARD and ) | |
| LAURA MARSHALL ) | |
| ) | |
| *Defendant*. ) | |

### DEFENDANT KAREN GREIG'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant, Karen Greig ("Greig"), hereby moves to dismiss the above-captioned complaint of Carrie M. Perry-Griffith. In support of this Motion, Greig hereby incorporates by reference and joins in the arguments set forth in the Motion to Dismiss and Incorporated Memorandum of Law filed by the other defendants in this matter. (*See Docket #14*)

For the reasons therein, this Motion should be granted.

Respectfully submitted,

/s/ David S. Rubin
David S. Rubin, BBO # 546213
Jeffrey M. Rosin, BBO # 629216
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

COUNSEL FOR DEFENDANTS

Dated: December 21, 2004

2

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Rosin, hereby certify that, on this 21st day of December, 2004, I served a copy of the above pleading by First Class Mail upon *pro se* plaintiff, Carrie M. Perrie-Griffith, 130 Hodges Street, Taunton, MA 02780.

                                          /s/ Jeffrey M. Rosin
                                          Jeffrey M. Rosin