UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARRIE M. PERRY-GRIFFITH,<br><br>*Plaintiff*,<br><br>v.<br><br>SITHE MYSTIC, LLC, KAREN GREIG<br>JUNE DUCAS, TIMOTHY BEDARD and<br>LAURA MARSHALL<br><br>*Defendant*. | Civil Action No. 04-11793-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey M. Rosin of Epstein Becker & Green, P.C., in this case on behalf of Defendants Mystic I, LLC, f/k/a Sithe Mystic, LLC, Karen Greig, June Ducas, Timothy Bedard, and Laura Marshall.

Respectfully submitted,

/s/: Jeffrey M. Rosin
David S. Rubin, BBO # 546213
Jeffrey M. Rosin, BBO # 629216
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: December 22, 2004

BO:139746v1

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that, on this 22nd day of December, 2004, a true copy of this Notice was served by First Class Mail upon *pro se* plaintiff:

Carrie M. Perry-Griffith
130 Hodges Street
Taunton, MA 02780
(508) 822-2250

/s/: Jeffrey M. Rosin
Jeffrey M. Rosin