**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Carrie M. Perry-Griffith* | *04-11793-PBS* |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| *Karen Greig, Director Exelon Human Resources* | *S+C* |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Karen Greig - Exelon (See below)*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Carrie M. Perry-Griffith*
*130 Hodges Street*
*Taunton, MA 02780*

| | |
|---|---|
| Number of process to be served with this Form - 285 | *1* |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*2004 OCT 13 P 12:16*
*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                          Fold

*Karen Greig*
*Exelon Human Resources*
*35100 South Route 53*
*Braceville, Ill 60407-9619*
*(current address or work)*

*Telephone # 1-815-417-4200*

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *1* | No. *38* | No. *38* | *Nancy Talavera* *10-19-4* ① | *10/13/04* |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | |
|---|---|---|
| | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address (complete only if different than shown above) | Date of Service *12/10/04* | Time *13 40* ⓟm |
| | Signature of U.S. Marshal or Deputy *Bart C.* | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
*FWD to Illinois - 10/13/04 nt*
*- 12/02/04 - One DUSM, two hours, 129 miles round trip*
*- 12/10/04 2nd Endeavor - One DUSM, two hours, 129 miles round trip.*

◎AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

Carrie M. Perry-Griffith

V.

Sithe Mystic, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11793-PBS

TO: (Name and address of Defendant)

### KAREN GREIG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

SEP 01 2004

CLERK                                                     DATE

(By) DEPUTY CLERK