UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carrie M. Perry-Griffiths
        Plaintiff,

v.

Sithe Mystic, LLC, et al
        Defendants.

CIVIL ACTION
NO.  04-11793-PBS

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                     December 22, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: all joined Motions to Dismiss on **January 24, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                         Deputy Clerk

Copies to:  All Counsel