UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Carrie M. Perry-Griffith**
    Plaintiffs,        CIVIL ACTION
                 NO. 04-11793-PBS
 v.

**Sithe Mystic, LLC, et al**
    Defendants.


## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                     January 12, 2005

  The Motion Hearing re: Motion to Dismiss previously scheduled for January 24, 2005, has been **rescheduled** to **January 25, 2005, at 4:00 p.m.**

                     By the Court,

                     /s/ Robert C. Alba
                     Deputy Clerk


Copies to:  All Counsel

resched.ntc