UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Carrie M. Perry-Griffith,           )<br>                                               )<br>            Plaintiff,               )<br>                                               )<br>      v.                                  )<br>                                               )<br>Sithe Mystic, LLC, et al.        )<br>                                               )<br>            Defendants.          )<br>_____) | Civil Action No. 04-11793-PBS |

## NOTICE OF WITHDRAWAL

Pursuant to Federal Rules, please note upon the docket our withdrawal as counsel for the Defendants, Sithe Mystic, LLC, et al. Leave of Court is not required for our withdrawal because Defendants have already retained successor counsel.

Sithe Mystic, LLC, et al.

By their attorneys,

HOLLAND & KNIGHT LLP

_____
Liam T. O'Connell, Esq. (BBO #558249)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: January 14, 2005

# 2403642_v1