January 20, 2005

(Hand Delivered)
Clerk's Office
Judge Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re: Carrie Perry-Griffith v. Sithe Mystic, LLC
> Case Number: 04-11793-PBS

Dear Clerk of The District Court:

I filed this case without legal help and have since realized that I must have an attorney to represent me. As of this date I have not been successful due to the fact that each attorney indicates that more time is need to investigate and prepare the case.

What do I need to do to get an extension? My court date is 1-25-05. As of date I do not have an Attorney. I believe an extension of 90 days will be sufficient.

I also would like to know what is the procedure to file a "Plaintiff's Motion For Remand"? This may help due to the fact that I did not have legal assistance prior to filing this case.

Thank you.

Sincerely yours,

*Carrie M. Perry-Griffith*

Carrie M. Perry-Griffith
130 Hodges Street
Taunton, Mass. 02780
Tel.# 508-822-2250