January 21, 2005

Clerk's Office
Judge Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2005 JAN 21 P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

      Re:  <u>Carrie Perry-Griffith v. Sithe Mystic, LLC</u>
           <u>Case Number: 04-11793-PBS</u>

Dear Sir/Madam:

I respectfully request that the Court extend the time to April 29, 2005 to prepare a response to the Defendants reply 1-14-05 their response to my oppositions, received January 19, 2005. Also I am appealing to the Courts to grant this extension to allow for legal representation and investigation of Case Number 04-11793-PBS.

Thank you.

Sincerely yours,

*[signature]*

Carrie M. Perry-Griffith

Cc: <u>Epstein, Becker & Green, P.C.</u>
     Mr. David S. Rubin
     Mr. Jeffrey M. Rosin
     <u>Holland & Knight LLP</u>
     Mr. Liam T. O'Connell