January 24, 2005

Clerk's Office
Judge Patti B. Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

## REQUEST TO WITHDRAW

Re:  Carrie Perry-Griffith v. Sithe Mystic, LLC
     Case Number: 04-11793-PBS

Dear Sir/Madam:

Upon advice of counsel I wish to withdraw **Case Number 04-11793-PBS**. I have no complaint with my present Employer and therefore, do not find it necessary to pursue this claim.

Thank you.

Respectfully,

*Carrie M. Perry-Griffith*
Carrie M. Perry-Griffith